**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, SILVESTER MARTEZ KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. CR-F- 05-00032 OWW |
| Plaintiff,        ) ) | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs.        ) ) | |
| SILVESTER MARTEZ KING, et al.,        ) ) | |
| Defendant.        ) | |

**IT IS HEREBY STIPULATED** by and between the parties and their attorneys, Stanley A. Boone, counsel for the Government, and Joan Jacobs Levie, counsel for defendant SILVESTER MARTEZ KING, that the sentencing hearing currently scheduled for July 24, 2006 at 10:00 a.m. be continued until July 31, 2006 at 10:00 a.m. before the Hon. Oliver W. Wanger, United States District Court presiding because of scheduling conflicts that were unknown as the time the original sentencing date was set.

DATED:	May 1, 2006

                By:	Joan Jacobs Levie
                     JOAN JACOBS LEVIE
                     Attorney for Defendant
                     SILVESTER MARTEZ KING

DATED:	May 1, 2006
                **By:**	Stanley A. Boone
                     STANLEY A. BOONE
                     Assistant U.S. Attorney

-1-

PDF created with pdfFactory trial version www.pdffactory.com

\* \* \* \* \*

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on July 31, 2006 at 10:00 a.m.

DATED: __April 22, 2006

By: __/s/ OLIVER W. WANGER_

OLIVER W. WANGER
United States District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com