```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )
                              )
            Plaintiff         )      1:06-CR-32 OWW
                              )
    v.                        )
                              )
SYLVESTER KING,               )
                              )
            Defendant         )      ORDER EXTENDING SURRENDER DATE
_____)
```

More time being required to obtain a designation, it is ordered that the defendants date to surrender to the designated facility, or to the United States Marshal in Fresno, is extended to November 16, 2006.

IT IS SO ORDERED.

**Dated:   October 3, 2006**            /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

1