Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Silvester Martez KING |
| **Docket Number:** | 1:06CR00032-002 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/21/2006 |
| **Original Offense:** | Counts 1 and 2:  18 USC 1343 - Wire Fraud<br>(CLASS C FELONIES) |
| **Original Sentence:** | 4 months Bureau of Prisons; 36 months supervised release; mandatory drug testing; $200 special assessment; and, $3,130 restitution |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets; Financial disclosure; Financial restrictions; Drug treatment; Drug testing; Abstain from alcohol; 120 days residential community corrections center; Co-payment; and, DNA testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/14/2007 |
| **Assistant U.S. Attorney:** | Stanley A. Boone        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Joan Levie        **Telephone:** (559) 498-8155 |

**Other Court Action:**

**03/12/2007**:     Probation Form 12B submitted to correct the judgment which inadvertently indicated the defendant must participate at the Turning Point, Drug Treatment Center for a period of 120

RE:   Silvester Martez KING
      Docket Number:  1:06CR00032-002 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

months. On March 12, 2007, the Court corrected the special condition to require the defendant to participate for 120 days at the Turning Point, Drug Treatment Center.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point for a period of up to 60 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On August 20, 2008, the defendant submitted a urine sample to his substance abuse testing program which returned a positive for the presence of phencyclidine, otherwise known as PCP.

Shortly after the probation officer was notified of the above indicated test result, the defendant and his cousin were arrested. The defendant was charged in the Kern County Superior Court with the following crimes: Count 1) PC 12090 - Tamper with Identification Marks on Firearm; Count 2) PC 12021(a)(1) - Possession of Firearm by Felon; and, Count 3) PC 12031(a)(2)(c) - Criminal Street Gang Member Carrying Loaded Firearm (case number BF124722B).

On September 16, 2008, the defendant appeared before the Court and all counts were dismissed on motion of the District Attorney. The defendant was released from custody. However, the defendant's cousin was convicted in case number BF124722A for violating 1 Count of PC 120021(a)(1), with the allegation of PC 667(e), Possession of Firearm by Felon. The defendant's cousin was sentenced to prison for 4 years, and the defendant was released from custody.

**RE:**   **Silvester Martez KING**
**Docket Number:  1:06CR00032-002 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On September 17, 2008, the defendant reported to the probation office and was confronted with his positive test result for PCP.  The defendant stated he was unsure how the test result could have returned a positive result for the presence of PCP, but he signed a Probation Form 49 agreeing to participate in a residential community corrections center for a period of up to 60 days in order to demonstrate accountability for his violation conduct.

The probation officer recommends the Court approve the above indicated modification in order to sanction the defendant for his apparent violation conduct.  The modification will also allow the defendant to maintain employment so that he may focus on payment of his financial obligation to this Court.  Mention should be made that the probation officer has requested all relevant collateral documentation on the defendant's recent arrest, and will advise the Court should any additional violation conduct be discovered.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (6610 861-4305

**DATED:**   September 25, 2008
Bakersfield, California
RCW:ks

**REVIEWED BY:**   /s/ Thomas A. Burgess
**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

**RE:    Silvester Martez KING**
**Docket Number:  1:06CR00032-002 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )    Modification approved as recommended.

(   )    Modification not approved at this time.  Probation Officer to contact Court.

(   )    Other:

 IT IS SO ORDERED.

**Dated:   September 26, 2008**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE